**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-6072

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RYAN CRAIG BROWN,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence. Joseph Dawson, III, District Judge.  (4:08-cr-00184-JD-1)

Submitted:  July 24, 2025                          Decided:  July 29, 2025

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ryan Craig Brown, Appellant Pro Se.  Michael G. Shedd, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ryan Craig Brown appeals the district court's order denying Brown's motion for sentence reduction, brought pursuant to 18 U.S.C. § 3582(c)(2), based on Amendment 821 to the Sentencing Guidelines. Upon review, we conclude that the district court did not abuse its discretion in denying Brown's motion. *See United States v. Martin*, 916 F.3d 389, 395 (4th Cir. 2019) (stating standard of review). Accordingly, we affirm the district court's order. *United States v. Brown*, No. 4:08-cr-00184-JD-1 (D.S.C. Dec. 27, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*